· No. 533. MONTGOMERY WATER POWER COMPANY, PETI-

TIONER, *v.* WILLIAM A. CHAPMAN & CO. January 11, 1904. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Edward A. Graham, Mr. Robert E. Steiner, Mr. Horace Stringfellow* and *Mr. Thomas H. Clark* for petitioner. *Mr. W. A. Gunter* and *Mr. G. L. Smith* for respondents.

---

